**Order entered June 25, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00378-CV

**TODD D. PRUETT, Appellant**

**V.**

**MARK STOLZ, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

On April 16, 2013, the trial court granted the motion to sever filed by appellees. As of today's date, a new trial court cause number has not been assigned to the severed cause. Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to assign a new cause number to the severed cause. We further **ORDER** Gary Fitzsimmons, to file, **within twenty days of the date of this order**, a supplemental clerk's record containing documentation notifying this Court, appellant and the parties of the new trial court cause number.

We **DIRECT** the Clerk of this Court to send a copy of this order, by electronic transmission, to Gary Fitzsimmons, the Honorable Carl Ginsberg, Judge of the 193rd Judicial District Court, and counsel for appellees. We further **DIRECT** the Clerk of this Court to send a copy of this letter by first-class mail to appellant.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE